# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

        Plaintiff,

-vs-                              Case No. 3:17-cr-28-02

**JOSE ANGEL RAMIREZ-NAZARIO,**

        **Defendant.**

## ORDER GRANTING DEFENDANT'S ORAL MOTION TO WITHDRAW CJA COUNSEL

This case is before the Court upon defendant's Oral Motion to Withdraw heard upon the record on November 28, 2017. Upon review of the defendant's financial affidavit, the Court FINDS that the defendant has previously qualified for appointed counsel.

THEREFORE, IT IS ORDERED that defendant's Oral Motion to Withdraw be GRANTED and attorney Jeffrey McQuiston of the CJA panel for the Southern District of Ohio be appointed as Counsel of record for the defendant, replacing previously appointed Counsel Lawrence Greger.

**DONE** and **ORDERED** in Dayton, Ohio, this 5th day of December, 2017.

*s/Thomas M. Rose*

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE